# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NARCISO TORRES,

    Petitioner,

vs.

BILL DONAT, et al.,

    Respondents.

Case No. 3:08-CV-00291-RCJ-(VPC)

**ORDER**

Petitioner has submitted a motion for leave to conduct discovery (#37), which is moot because the court has denied the petition for a writ of habeas corpus. See Order (#35).

IT IS THEREFORE ORDERED that petitioner's motion for leave to conduct discovery (#37) is **DENIED** as moot.

Dated: September 16, 2011.

_____
ROBERT C. JONES
Chief United States District Judge